SNOWIZARD HOLDINGS, INC.
(now known as Snowizard,
Inc.), Appellant,

v.

SOUTHERN SNOW
MANUFACTURING, INC., Appellee.

No. 2010–1253.
(Cancellation No. 92044522).

United States Court of Appeals,
Federal Circuit.

March 26, 2010.

Kenneth L. Tolar, Metairie, LA, for Appellant.

Mark E. Andrews, Andrews Arts & Sciences Law, LLC, New Orleans, LA, for Appellee.

### ORDER

The Director of the United States Patent and Trademark Office having notified this court that Southern Snow Manufacturing, Inc. filed a notice of election to proceed by civil action in district court,

IT IS ORDERED THAT:

This appeal is dismissed pursuant to 15 U.S.C. § 1071(a)(1).

Maybell SMITH, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2009–3248.

United States Court of Appeals,
Federal Circuit.

March 26, 2010.

Sheila F. Campbell, North Little Rock, AR, for Petitioner.

Christopher A. Bowen, Department of Justice, Paul St. Hillaire, Office of Personnel Management, Washington, DC, for Respondent.

### ORDER

Upon consideration of Maybell Smith's motion to reinstate her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

(2) The court will treat the "petitioner's abstract," submitted with Smith's motion to reinstate, as her appendix.